**EXHIBIT A**

# TAX LIEN LAW GROUP, LLP

*Attorneys At Law*

27 N. Wacker Dr. #503
Chicago, Illinois 60606
Toll Free: (800) 689-5203
Fax: (240) 238-9241
Web: www.tllgrp.com

Attorneys admitted in:
AZ IL MD DC NE CO IA GA IN OH KY

### Tax Lien Foreclosure Retention Agreement – Ohio

Thank you for selecting the Tax Lien Law Group LLP, to represent Woods Cove II, LLC ("Client") in regard to property tax lien foreclosures and related services with respect to tax lien certificates owned by the Client purchased in Ohio. It is the firm's policy to obtain a signed engagement letter from each client prior to the commencement of representation, but additional matters may be added to the scope of this letter agreement if confirmed by an authorized representative of Client via email. This letter sets forth the agreement concerning our representation and shall become effective upon our receipt of a signed copy of this letter agreement. Therefore, unless you have any questions or comments with respect to any matters addressed herein, the balance of this letter serves as our agreement relating to the provision of legal services on your behalf.

1.  <u>Scope of Retention</u>. At this time, the Client wishes to refer certain tax lien certificate accounts receivables as designated by Client to Attorneys for noticing, legal foreclosure action and collection within Ohio.

2.  <u>Litigation Costs and Expenses</u>. Attorneys shall advance all litigation costs and expenses related to those certain Tax Lien Certificate accounts receivables except for out of pocket costs for title work, court filing, publication, and sheriff's fees (Collectively, the "Client Retainer"). Client will reimburse us for all of the other litigation costs and expenses we incur on its behalf, as set forth in Paragraph 3, below, which shall be added to the Client Retainer for that particular account.

3.  <u>Attorneys Fees.</u> In return for the legal foreclosure and collection services Attorneys agree to provide to Client, Client will pay Attorney according to the attached Foreclosure and Bankruptcy Fee Schedule Ohio, with all foreclosure work to be billed in stages. Our flat rates are specified in the attached schedule. Our hourly rates are $450 for partners and senior associates, $325 for associates, and $110 for legal assistants, billed in 6 minute intervals.

**Attorneys fees and costs remain Client's responsibility at all times. We are <u>not</u> undertaking to provide legal representation on a contingent fee basis.** Attorney's fees shall be due and owing by the Client, payable as follows:

A.  <u>Redemption:</u> In the event of a redemption pursuant to Ohio Revised Code Sections §5721.30 to §5721.46 ("Redemption") the person making such Redemption ("Redeeming Party") is required thereunder to pay, for most, if not all, litigation costs and expenses incurred, plus reasonable attorneys' fees. However, this does not always occur. Should a dispute arise as to the amount of attorneys fees and costs required for Redemption, Attorneys shall have the right, but <u>not</u> the obligation, to petition the Court for the entire

amount of such fees and costs. Such rights shall survive this Agreement and shall not be subject to termination by the Client.

    i.   <u>Fixed Fees:</u>  The Client's responsibility for Fixed Fees shall be limited to the amount of those Fixed Fees paid by or recovered from the Redeeming Party (or payable pursuant to the terms of a payment plan or other settlement agreement with the Redeeming Party). Attorneys shall petition the Court for our Fixed Fee Attorney's Fees prior to seeking reimbursement from the Client.

    ii.  <u>Non-Fixed Fees</u>:  The Client's shall be fully responsible for all Non-Fixed Fees incurred on the Client's behalf, irrespective of the amount of Fixed Fees paid by, payable by or recovered from the Redeeming Party.

    iii.  <u>Costs & Expenses:</u>  The Client agrees to reimburse Attorneys for all invoiced costs or expenses which are not paid by a Redeeming Party. Attorneys shall petition the Court for such costs and expenses prior to seeking reimbursement from the Client.

B.    <u>Property:</u>  In the event Client obtains property in exchange for a tax lien certificate, Client will satisfy the full amount of all invoiced attorney's fees and unreimbursed costs and expenses due and owing on the matter.

C.    <u>Judgment:</u>  In the event Client obtains a judgment on a tax lien certificate, but chooses not to proceed to Sheriff's Sale, Client will satisfy the full amount of all invoiced attorney's fees and unreimbursed costs and expenses due and owing on the matter.

    4.   <u>No Due Diligence Review</u>.  Attorneys do not undertake any due diligence review with respect to the attributes, physical makeup, zoning, environmental issues, back taxes, or to the possible value or worth of the real property being foreclosed. Attorneys assume and rely on the Client or its Servicer as having completed some investigation before or after purchasing the tax lien. Client is solely responsible for such undertaking and assumes all risk of loss for failure to do so. Client is advised to consult a real estate or other suitable professional to assist them in that regard, if Client has not already done so. At Client's request, Attorneys will order a property inspection to determine if the property is vacant and/or in need of substantial repair.

    5.   <u>Responsibilities of Parties</u>.  Attorneys shall be responsible for conducting the noticing and foreclosure action on behalf of Client. Attorneys will provide all legal services reasonably required in connection with this matter and will carry out all responsibilities in a professional and timely manner. Attorneys will inform Client and its Servicer of all material developments and will consult with Client on all material decisions, including without limitation whether to commence a foreclosure or accept a settlement offer. Client agrees to disclose fully and accurately all facts and to keep Attorneys apprised of all developments relating to this matter.

    6.   <u>Waiver of Conflicts of Interest</u>.  The identities of potential adverse parties are sometimes not learned until legal representation is underway. Thus, conflicts may become apparent only after significant work has been performed. In those cases, Client agrees to waive any such conflict of interest, provided that Client has our assurance that we will not, while representing Client, represent any other party in any litigation or other adversary proceeding against Client without express consent, nor use any confidential information about Client in any manner inconsistent with our professional responsibilities.

7.      Termination of Representation.   Client may discharge Attorneys from their legal representation at any time.  In that event, Client agrees to remit payment promptly following presentation of any invoice for fees and costs incurred during the representation.  Attorneys shall be free to withdraw from their representation, at any time, with or without cause, subject to compliance with the applicable rules of professional responsibility, including reasonable notice under the circumstances.  In the event Attorneys withdraw from their representation, Client's obligation to pay Attorneys' fees shall be paid in accordance with Paragraph 3.  In the event Client fails to remit payment in the time period set forth in paragraph 8 below following Client's discharge of Attorneys from their responsibilities, it is understood that Attorneys may seek to obtain such payment by any means available, including attachment of said lien as an encumbrance against title to the subject premises, bearing interest at the statutory rate. In addition, Attorneys shall be entitled to attorney's fees, costs, and expenses if it becomes necessary to enforce the terms of this letter agreement.

8.      Billing/Statement of Accounts.  Invoices will be sent by email and will include a detailed itemization of services provided.  Invoices are due and payable within 30 days of issuance, except as otherwise provided in Paragraphs 3 and 7.  Attorneys may, in their discretion, choose to apply the Client Retainer received on one account towards satisfaction of invoiced amounts due on other accounts.

9.      Timing and Results.  Client instructs Attorneys to prosecute this matter on an [X] Expedited basis [  ] Non-Expedited basis  Nevertheless, Client understands that Attorneys have made no promises or guarantees regarding the outcome of this matter or how long such representation will last and cannot do so.  Nothing in this letter shall be construed as such a promise or guarantee.

10.     Delegation.   Our firm handles tax lien foreclosure matters for clients in many jurisdictions across the country.  As such, from time to time, it will be both necessary and cost effective for us to retain discretion to delegate work to other attorneys and legal assistants, provided that attorneys fees for such parties shall not exceed the attorneys fees set forth in this letter agreement.  This type of delegation results in more cost effective legal representation for the clients of the Tax Lien Law Group, LLP.

11.     File Storage.  Courts and municipalities typically store and record original documents indefinitely; as such, Attorneys will retain and store an electronic copy of Client's file(s) for only three (3) years following the conclusion of representation.

12.     Miscellaneous.  This Agreement may be executed in counterparts and fax signatures are acceptable as original.

We sincerely appreciate the opportunity to serve to you and hope to earn your trust and legal business for many years to come.  To accept the terms of this letter agreement, please execute the document below by affixing your signature.  Please fill out all of the contact information completely. Please return the signed agreement to the above address along with copies of your certificate(s) and a check for the initial retainer amount.

Very truly yours,


**TAX LIEN LAW GROUP, LLP**

**I hereby understand and agree to the foregoing and hereby authorize attorney to work on the accounts listed in Schedule A, attached hereto, and hereafter as same may be amended:**

**DATE ACCEPTED: _____, 2012**
**BY CLIENT:**

_____
**Print Name**

_____
**Signature**

# TAX LIEN LAW GROUP, LLP

*Attorneys At Law*

27 N. Wacker Dr. #503
Chicago, Illinois 60606
Toll Free: (800) 689-5203
Fax: (240) 238-9241
Web: www.tllgrp.com

Attorneys admitted in:
AZ, IL, MD, DC, NE, CO, IA, GA, IN, OH, KY

## FORECLOSURE ATTORNEY FEE SCHEDULE – OHIO

### FIXED FEES

| DESCRIPTION OF SERVICES | |
|---|---|
| Ohio tax lien certificate foreclosure service includes:  standard legal and skip-tracing services from filing foreclosure complaint through confirmation of sale for uncontested cases.  Includes all amended and supplemental pleadings and dispositive motions.  All foreclosure work billed in stages. | |
| **BILLING CYCLE** | **AMOUNT** |
| Stage One – Notice of Intent | $1,000.00* |
| Stage Two – Complaint | $750.00* |
| Stage Three – Dispositive Motion with Magistrate's Decision | $500.00* |
| Stage Four – Praecipe | $250.00* |
| **TOTAL FEE** | **$2,500.00*** |

*Redeeming Party pays most, if not all, per statute and local rule/custom.

### NON-FIXED FEES

| DESCRIPTION OF SERVICES | AMOUNT |
|---|---|
| Outside Attorney Affidavit re: Attorney Fees (if required by Magistrate) | $50.00 |
| Motion to Cancel Sale | $100.00 |
| Motion to Intervene, Answer & Cross-claim – Monitoring Mortgage Foreclosures | $250.00 |
| Mortgage Foreclosure Court Appearances, Adversarial Claims & Objections | Billed hourly |
| Objections to Magistrate's Decision or Magistrate's Fee Award, Contested Cases; Appeals | Billed hourly |
| Escrow/Settlement Services, Contracts, Promissory Notes, Mortgages, Deeds of Trust, Work Outs, Deeds, Assignments, Forbearance, Land Contracts, Releases, etc. | Billed hourly |
| Proof of Claim & BK Monitoring | $350.00 |
| Motion for Relief & Abandonment of Stay | $250.00 |
| Bankruptcy Court Appearances, Adversarial Claims & Objections | Billed hourly |

**Fixed Fees:**  Client understands and agrees that because of statutory considerations, Attorneys will limit the application to tax these Fixed Fee Attorney's Fees as costs at sheriff's sale to $2,500.00, per matter, unless special circumstances warrant otherwise.

**Non-Fixed Fees:**  Client agrees to pay all Non-Fixed Fees incurred on the Client's behalf, upon invoice, without offset against any Fixed Fees paid by, payable by, or recovered from the Redeeming Party.