## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TAX LIEN LAW GROUP, LLP, | ) |
| Plaintiff, | ) ) ) No. 1:13-cv-05685 |
| v. | ) ) Hon. Rebecca R. Pallmeyer |
| WOODS COVE II, LLC, | ) ) Magistrate Judge Sheila M. Finnegan |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Tax Lien Law Group, LLP ("TLLG"), by its attorneys, Alan R. Dolinko, Robert S. Michaels and Robert L. Margolis of Robinson Curley & Clayton, P.C., hereby dismisses this action against Defendant, Woods Cove II, LLC ("WC II"), without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In support, Plaintiff states:

1. This case was filed on August 9, 2013;

2. Defendant has not yet answered Plaintiff's Complaint or served a motion for summary judgment; and

3. Pursuant to Rule 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss the action without prejudice.

WHEREFORE, Plaintiff gives this notice, dismissing the action without prejudice.

Respectfully submitted,

**TAX LIEN LAW GROUP, LLP**

Dated: October 16, 2013      By:   /s/Robert Michaels
                                    One of its attorneys

Alan R. Dolinko (6193228)
Robert Michaels (6203462)
Robert L. Margolis (6226941)
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Dr., Suite 1700
Chicago, Illinois 60606
adolinko@robinsoncurley.com
rmichaels@robinsoncurley.com
rmargolis@robinsoncurley.com
312.663.3100 – telephone
312.663.0303 – fax

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that he caused to be filed with the Clerk of the Court for the Northern District of Illinois, the foregoing **NOTICE OF VOLUNTARY DISMISSAL**, by using the Court's electronic filing system, which shall send copies to all counsel of record, this 16th day of October 2013.

      /s/ Robert Michaels